IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-02122-WDM-CBS

TOMAS R. CISNEROS,

    Plaintiff,

v.

THE STATE OF COLORADO,
DEPARTMENT OF LABOR AND EMPLOYMENT;
JEFFERY WELLS, Executive Director in his official capacity;
STEVE URETSKY, individually;
SAM JORGENSEN, individually; and
AL SARDELO, individually,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that the Joint Motion for Protective Order (filed September 30, 2005; *doc. no. 55*) is **DENIED**, without prejudice, for failure to comply with D.C.COLOL.CIVR. 10.1 K *and* D.C. COLO. ECF. PROC.V.C.1.  It is further

    **ORDERED** that future motions in this matter, which are unaccompanied by a proposed order submitted to chambers will be denied, without prejudice.  The parties are DIRECTED to D.C.COLOL.CIVR. 5.6(A) regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

**DATED:**    October 3, 2005