IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-02122-WDM-CBS

TOMAS R. CISNEROS,

    Plaintiff,

v.

THE STATE OF COLORADO,
DEPARTMENT OF LABOR AND EMPLOYMENT;
JEFFERY WELLS, Executive Director in his official capacity;
STEVE URETSKY, individually;
SAM JORGENSEN, individually; and
AL SARDELO, individually,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Plaintiff's Consented Motion to Vacate and Reset Hearing (filed November 23, 2005; *doc. no. 65*) is **GRANTED**. The motion hearing set for December 14, 2005 is **VACATED** and **RESET** to **December 21, 2005, at 10:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**     November 28, 2005