IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-02122-WDM-CBS

TOMAS R. CISNEROS,

    Plaintiff,

v.

THE STATE OF COLORADO,
DEPARTMENT OF LABOR AND EMPLOYMENT;
JEFFERY WELLS, Executive Director in his official capacity;
STEVE URETSKY, individually;
SAM JORGENSEN, individually; and
AL SARDELO, individually,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

It is hereby **ORDERED** that Plaintiff's Motion to Amend Complaint (filed November 14, 2005; *doc. no. 62*) is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing, Plaintiff's Amended Complaint for Equitable Relief, Money Damages and Jury Demand (*doc no. 62-2*) tendered to the court on November 14, 2005. Defendants are directed to FED.R.CIV.P. 15(a) for the deadline relating to the filing of a response. It is further

**ORDERED** that the motion hearing set for December 21, 2005 is **VACATED**.

**DATED:**     December 9, 2005