IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-02122-WDM-CBS

TOMAS R. CISNEROS,

      Plaintiff,

v.

THE STATE OF COLORADO, et al.,

      Defendant(s).

_____

### MINUTE ORDER

_____

      The following Minute Order is entered by Judge Walker D. Miller:

      Defendants' motion to strike (doc. No. 156) is granted.  Plaintiff's response brief (doc. No. 152) is stricken for failure to comply with Judge Miller's Pretrial and Trial Procedure Rule 6.4.  Plaintiff may not deviate from Rule 6.4 simply because he believes many of the defendant's "undisputed facts" are irrelevant.  If he believes an asserted fact is irrelevant, plaintiff need not dispute it for purposes of summary judgment.  Plaintiff may file a brief of no more than 41 pages that complies with Judge Miller's Pretrial and Trial Procedures on or before February 21, 2007.  Absent extraordinary circumstances, no further extensions of time will be granted.

      Defendants' motion for extension of time to file reply brief (doc. No. 157) is denied as moot.

Dated: February 6, 2007

                                      s/Jane Trexler, Judicial Assistant