**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 03-cv-02122-WDM-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: April 18, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| TOMAS R. CISNEROS, | William S. Finger |
| **Plaintiff,** | |
| v. | |
| THE STATE OF COLORADO, *et al.*, | William V. Allen |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  MOTIONS HEARING**
**Court in Session:  1:35 p.m.**
Court calls case.  Appearances of counsel.

**ORDERED:  The Motion to Strike Plaintiff's Improper Designation of Experts in the Pre-Trial Order [filed February 28, 2007; doc. 160] is granted in part and denied in part for the reasons stated on the record.  Dr. Franzbrooke shall provide a Rule 26(a)(2)(B) written report within thirty (30) days.  The defendants may depose Dr. Franzbrooke, and the defendants shall not pay for the deposition.  Defendants' counsel may recover his reasonable costs and fees for filing the Motion to Strike and attending the hearing on the motion.**

HEARING CONCLUDED.

**Court in Recess**:  **2:17 p.m.**
Total In-Court Time:     00:42